# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GLENN A. HESS,

        Plaintiff,        :        Case No. 3:08-cv-031

                              District Judge Walter Herbert Rice

   -vs-                          Chief Magistrate Judge Michael R. Merz

                              :

CITY OF HUBER HEIGHTS, et al.,

        Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS REGARDING DEFENDANT BEVERLY

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 40), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 23, 2008, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that all claims herein against Defendant Tim Beverly be dismissed for want of prosecution.

June 25, 2008.

                                              _/s/ Walter Herbert Rice_
                                              Walter Herbert Rice
                                              United States District Judge